IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY BROOKE OBERWETTER, | ) | Case No. 09-CV-0588-JDB |
| | ) | |
| Plaintiff, | ) | CONSENT MOTION FOR |
| | ) | EXTENSION OF TIME TO |
| v. | ) | OPPOSE DEFENDANTS' |
| | ) | MOTION TO DISMISS |
| | ) | |
| KENNETH HILLIARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CONSENT MOTION FOR EXTENSION OF TIME TO OPPOSE
DEFENDANTS' MOTION TO DISMISS

COMES NOW the Plaintiff, Mary Brooke Oberwetter, by and through undersigned

counsel, and pursuant to Fed. R. Civ. Proc. 6 respectfully requests this Court to enlarge the time

to oppose Defendants' motion to dismiss up to and including October 9, 2009.

Pursuant to Local Rule 7.1, the parties have met and conferred regarding this motion.

Defendants consent to the motion being granted.

In support of this motion, Plaintiff avers:

1.      The original response dates to the Complaint for the two defendants in this action

were June 2 and June 15, 2009. Plaintiff consented twice to requests for extension of time for

Defendants to respond to the Complaint, first to July 31, 2009, and then to August 20, 2009.

2.      At the time counsel discussed the previous extension, Plaintiff's counsel advised

his counterpart that owing to an exceptionally busy late summer and fall, including a long planned

overseas family vacation, an extension of time would be required to oppose the motion.

Defendant's counsel agreed.

3.    On the evening of August 20, 2009, Defendant moved to dismiss the case, submitting 165 pages of points and authorities, declarations, and exhibits. Plaintiff's counsel immediately contacted Defendant's counsel to discuss the planned extension, and Defendant's counsel graciously agreed to Plaintiff's request for a responsive date of October 9 to the motion to dismiss.

4.    The current due date for an opposition to this motion would be September 3, a date on which Plaintiff's counsel plans to attend a wedding in Israel. Plaintiff's counsel is also scheduled to file a brief before the Supreme Judicial Court of Massachusetts on August 25, argue at least three dispositive motions in the Eastern District of California September 24 and October 2, and is committed to speaking engagements in Rhode Island, Virginia, Nevada, and Missouri in September. Counsel also has several other established briefing deadlines in other cases and writing commitments and client obligations in the next month.

Accordingly, Plaintiff respectfully requests that the time to oppose Defendant's motion to dismiss be extended up to and including October 9, 2009. A proposed order is attached.

Dated: August 20, 2009          Respectfully submitted,

Alan Gura (D.C. Bar No. 453449)
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665


By:    /s/Alan Gura/
         Alan Gura

Attorney for Plaintiff

2