UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY BROOKE OBERWETTER,**<br><br>Plaintiff,<br><br>v.<br><br>**KENNETH HILLIARD and KENNETH L. SALAZAR,**<br><br>Defendants. | Civil Action No.  09-0588 (JDB) |

## ORDER

Upon consideration of [6] defendants' motion to dismiss, the parties' several memoranda, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that defendants' motion to dismiss is **GRANTED**.  Plaintiff's complaint is accordingly **DISMISSED**.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: January 25, 2010